[No. 45693-8-I.  Division One.  March 12, 2001.]

HENRY G. LANDAU, ET AL., *Petitioners*, v. SAN JUAN COUNTY, ET AL., *Respondents*.
THE TULALIP TRIBES OF WASHINGTON, *Appellant*, v. HAROLD T. KLEIN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for San Juan County, No. 98-2-05087-1, Vickie I. Churchill, J., entered October 25, 1999. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster and Kennedy, JJ.

[No. 45804-3-I.  Division One.  March 12, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. JOSEPH REDTHUNDER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-04010-1, Norma Smith Huggins, J., entered December 3, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45807-8-I.  Division One.  March 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND NITSCHKE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-09918-2, Harriett M. Cody, J., entered November 19, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45888-4-I.  Division One.  March 12, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. RUBEN MONDRAGON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No 98-1-02045-4, Ronald Kessler, J., entered December 27, 1999. *Affirmed* by unpublished per curiam opinion.